# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:98CR59-02/RV

PAUL SPERKA

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  February 17, 2009
Motion/Pleadings:  Motion To Dismiss Indictment
Filed by  Government   on 2/17/2009   Doc.#  76
RESPONSES:

                                                                on           Doc.#
                                                                 on           Doc.#

____  Stipulated  ____  Joint Pldg.
____  Unopposed  ____  Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  18th   day of  February  , 2009, that:*
*(a) The relief requested is GRANTED, without prejudice.*
*(b)*

                                                         /s/ *Roger Vinson*
                                                        *ROGER VINSON*
                                 *Senior United States District Judge*